IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07- 237-M ) |
| MARK RYAN HOFFMAN, | ) **FILED UNDER SEAL** ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Mark Ryan Hoffman, pursuant to a criminal complaint sworn against him on November 29, 2007.

COLM F. CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated: November 29, 2007

AND NOW, this 29th day of November, 2007, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Mark Ryan Hoffman.

_____
Honorable Leonard P. Stark
United States Magistrate Judge