IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-237-M |
| MARK RYAN HOFFMAN, | ) |
| Defendant. | ) |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney, and hereby moves that the Criminal Complaint and File in the above-captioned matter be unsealed. There is no further need to maintain the file under seal, as the defendant has been arrested and is in federal custody.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *Christopher J. Burke*
Christopher J. Burke
Assistant United States Attorney

Dated:

\* \* \*

AND NOW, this \_\_\_5\_\_\_ day of December, 2007, upon the foregoing motion, **IT IS ORDERED** that the Criminal Complaint and File in the above-captioned action shall be **UNSEALED**.

Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
DEC 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE