# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**MARK RYAN HOFFMAN**

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **07-237M**

I, **MARK RYAN HOFFMAN**, charged in a complaint pending in this District with **KNOWINGLY RECEIVING AND POSSESSING CHILD PORNOGRAPHY**, in violation of Title **18**, U.S.C., **2252 AND 18:2252A**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_____
*Defendant*

_____
*Counsel for Defendant*

December 10, 2007

